IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TONNIE MALONE WARD,

    Plaintiff,

v.                                                                 Case No. 2:22-cv-2634-JTF-atc

CITY OF MEMPHIS,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.13(a), Tannera George Gibson and Sarah Stuart of Burch, Porter & Johnson, PLLC, counsel for Defendant, and James Allen, counsel for Plaintiff, hereby submit this Notice of Settlement. The parties have settled this matter and, pursuant to Local Rule 83.13(b), intend to file a Rule 41 joint stipulation of dismissal within twenty-eight (28) days of the filing of this Notice of Settlement.

                      Jointly Submitted,

                      ALLEN LAW FIRM, PLLC

By:    */s/ James M. Allen*
          James M. Allen BPR# 015968
          780 Ridge Lake Blvd., No. 202
          Memphis, TN  38120
          P 901-682-3450
          F 901-682-3590
                    jim@jmallenlaw.com

          *Attorney for Plaintiff Tonnie Ward*

-and-

          s/ Sarah E. Stuart
          Tannera George Gibson (#27779)

Sarah E. Stuart (#35329)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN 38103
Telephone: (901) 524-5000
Email: tgibson@bpjlaw.com
sstuart@bpjlaw.com

*Attorneys for Defendant City of Memphis*